

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      *In the Interest of A.D.N., A Child*

Appellate case number:   01-18-00193-CV

Trial court case number:  2017-00520J

Trial court:                   314th District Court of Harris County


The State has filed a motion to extend time to file its appellate brief.

The court issued a briefing schedule for this case in an order dated March 15, 2018. All counsel are respectfully referred to that order.

The State's motion is granted in part. The State's brief is due June 8, 2018. No further extensions will be granted.


It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                          ☑ Acting individually      ☐ Acting for the Court


Date:  June 5, 2018